UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | Case No. 21-CR-00948-CAB |
|---|---|---|
| Plaintiff, | ) | JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT |
| v. | ) | |
| MARGARITA SOLARES, | ) | |
| Defendant. | ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above entitled case be dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: 7/6/2021

_____
HON. CATHY ANN BENCIVENGO
United States District Court Judge